UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

JUL 0 7 2022

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1 : 2 2 -cr- 0 0 8 2 TWP MG |
| | ) | |
| KEITH J. JONES, | ) CAUSE NO. | -01 |
| a/k/a Keybo, | ) | |
| KEVIN M. BACKSTROM, | ) | -02 |
| JAMIE L. RAYNER, | ) | -03 |
| IMANI Y. JONES, | ) | -04 |
| TAMEKA L. WASHINGTON, | ) | -05 |
| JOHN DOE, | ) | -06 |
| MARK K. THOMPSON, | ) | -07 |
| JERRY L. BIBBS, | ) | -08 |
| EMMANUEL D. O'HARA, | ) | -09 |
| DANYALE D. BUCHANAN, | ) | -10 |
| CHARLES DAVIS, | ) | -11 |
| LADONNA L. JONES, | ) | -12 |
| ANTHONY MOORE, | ) | -13 |
| MARCUS N. MILES, | ) | -14 |
| a/k/a Old Hat, | ) | |
| STEVE L. YOUNG, | ) | -15 |
| a/k/a Friday, | ) | |
| SEAN E. DEVONISH, | ) | -16 |
| KATRINA J. GREEN, | ) | -17 |
| FREDERICK GARNER, | ) | -18 |
| NICHOLAS RAY, | ) | -19 |
| THEODORE POINSETT, JR., | ) | -20 |
| a/k/a Grover, and | ) | |
| WILLIAM STARKS, | ) | -21 |
| | ) | |
| Defendants, | ) | |

1

## INDICTMENT

## COUNT ONE

## [Conspiracy to Distribute Controlled Substances – 21 U.S.C. § 846]

The Grand Jury charges that:

From on or about June 25, 2021 through July 6, 2022, in the Southern District of Indiana, Indianapolis Division, and elsewhere, KEITH J. JONES, a/k/a Keybo, KEVIN M. BACKSTROM, JAMIE L. RAYNER, IMANI Y. JONES, TAMEKA L. WASHINGTON, JOHN DOE, MARK K. THOMPSON, JERRY L. BIBBS, EMMANUEL D. O'HARA, DANYALE D. BUCHANAN, CHARLES DAVIS, LADONNA L. JONES, ANTHONY MOORE, MARCUS N. MILES, a/k/a Old Hat, STEVE L. YOUNG, a/k/a Friday, and SEAN DEVONISH, did knowingly and intentionally conspire together and with other persons, known and unknown to the Grand Jury, to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

## OBJECTS OF THE CONSPIRACY

The charged conspiracy had the following objects:

1.     The distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Non-Narcotic controlled substance.

2.     The distribution of 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II, Narcotic controlled substance.

3.      The distribution of 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II, Narcotic controlled substance.

### MANNER AND MEANS

The charged conspiracy operated in the following manner:

1.      KEITH J. JONES, a/k/a Keybo ("KEITH JONES"), a resident of Indianapolis, Indiana, was the leader of a drug trafficking organization that distributed methamphetamine, fentanyl, and cocaine in the Indianapolis area.

2.      KEVIN M. BACKSTROM ("BACKSTROM"), a resident of Los Angeles, California, supplied KEITH JONES with methamphetamine, fentanyl, and cocaine. BACKSTROM shipped parcels containing methamphetamine, fentanyl, and cocaine from parcel shipping businesses in California to various residences and businesses in Indianapolis. BACKSTROM and KEITH JONES used false names as the intended recipients of these packages to mask the actual identity of the recipient.

3.      JAMIE L. RAYNER ("RAYNER") received parcels containing controlled substances at her personal and business address at KEITH JONES' direction, delivered controlled substances to other individuals at KEITH JONES' direction, and shipped parcels containing drug proceeds from Indianapolis to BACKSTROM in California at KEITH JONES' direction.

4.      IMANI Y. JONES ("IMANI JONES") collected and transported controlled substances at KEITH JONES' direction, delivered controlled substances to other individuals at KEITH JONES' direction, and shipped

3

parcels containing drug proceeds from Indianapolis to BACKSTROM in California at KEITH JONES' direction.

5.    TAMEKA L. WASHINGTON ("WASHINGTON") received parcels containing controlled substances containing controlled substances at her place of employment at KEITH JONES' direction.

6.    JOHN DOE, a resident of Desert Hot Springs, California, supplied JONES with cocaine.

7.    MARK K. THOMPSON, a resident of New Jersey, transported cocaine from California to Indianapolis for DOE and transported drug proceeds from Indianapolis to California for DOE.

8.    Katrina J. Green maintained a stash location for KEITH JONES in the detached garage located at 2877 North Centennial Street in Indianapolis, where KEITH JONES stored controlled substances for distribution. KEITH JONES also maintained a firearm at the detached garage located at 2877 North Centennial Street.

9.    KEITH JONES' twelve-year old daughter ("Juvenile #1"), not a defendant in this Indictment, assisted KEITH JONES with the distribution of controlled substances to other individuals.

10.    JERRY L. BIBBS ("BIBBS"), a resident of Fort Wayne, Indiana, distributed cocaine and methamphetamine for KEITH JONES. DANYALE D. BUCHANAN ("BUCHANAN"), CHARLES DAVIS ("DAVIS"), LADONNA L. JONES ("LADONNA JONES"), ANTHONY MOORE ("MOORE"), MARCUS N. MILES, a/k/a Old Hat ("MOORE"), STEVE L. YOUNG, a/k/a Friday ("YOUNG"),

4

Nicholas Ray ("Ray"), and William Starks ("Starks"), residents of Indianapolis, distributed methamphetamine, fentanyl, and cocaine for KEITH JONES.

11.    EMMANUEL D. O'HARA received cocaine and methamphetamine from KEITH JONES in Indianapolis and transported it to BIBBS in Fort Wayne for distribution.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, that is to distribute controlled substances, the members of the conspiracy did commit, among others, the following overt acts:

1.    On June 25, 2021, KEITH JONES attempted to receive a parcel shipped from the Save on Boxes store in Burbank, California to a residence located at 5155 Brendonshire Court in Indianapolis. The parcel contained approximately two and one-half pounds of fentanyl.

2.    On July 14, 2021, KEITH JONES attempted to receive a parcel shipped from the Save on Boxes store in Burbank, California to a residence located at 5159 Brendonshire Court in Indianapolis. The parcel contained approximately three kilograms of cocaine.

3.    On September 24, 2021, KEITH JONES received a parcel shipped from the Save on Boxes store in Los Angeles, California to the Lola Doll Boutique, a business operated by RAYNER and located at 6214 Morenci Trail, Suite 240, in Indianapolis. The parcel contained approximately fifteen pounds of methamphetamine.

4.     On September 24, 2021, at KEITH JONES' direction, RAYNER and IMANI JONES transported the parcel containing approximately twenty pounds of methamphetamine to the residence located at 5155 Brendonshire Court for subsequent distribution by JONES.

5.     On October 29, 2021, KEITH JONES attempted to receive a parcel shipped from the Box City store in Marina Del Rey, California to a residence located at 6160 North Rural Street in Indianapolis.  The parcel contained approximately fifteen pounds of methamphetamine.

6.     On December 14, 2021, KEITH JONES and RAYNER attempted to receive a parcel shipped from the Box City store located in Marina Del Rey, California to a residence located at 3190 River Villa Way in Indianapolis.  The parcel contained approximately two kilograms of cocaine.

7.     On January 10, 2022, at the direction of KEITH JONES, WASHINGTON received a parcel shipped from the Box City store in Marina Del Rey, California at her place of employment, Bailey Park of Brownsburg, 7774 Bedford Court, Brownsburg, Indiana.  The parcel originally contained approximately twenty-five pounds of methamphetamine, before law enforcement officers replaced the methamphetamine with a non-controlled substance.  After receiving the parcel, WASHINGTON attempted to transport it to KEITH JONES.

8.     On April 15, 2022, KEITH JONES delivered approximately eleven ounces of cocaine to O'HARA in the parking lot near the Target store located at 6101 North Keystone Avenue in Indianapolis.  O'HARA transported the eleven

6

ounces of cocaine to a residence located at 1406 Hurd Street in Fort Wayne and delivered the cocaine to BIBBS for redistribution.

9.      On April 19, 2022, KEITH JONES delivered approximately 27 ounces of cocaine to Nicholas Ray at a residence located at 1940 West Mayfair Drive in Indianapolis.

10.      Prior to April 20, 2022, at the direction of JOHN DOE, THOMPSON traveled from California to Indianapolis to deliver a large white box containing cocaine to KEITH JONES and pick up drug proceeds from KEITH JONES.

11.      On April 20, 2022, at approximately 12:34 p.m., THOMPSON delivered the large white box containing cocaine to KEITH JONES in the parking lot of a strip mall located at 6160 East 46th Street in Indianapolis. KEITH JONES transported the cocaine from the strip mall to the apartment located at 6160 North Rural Street, Apartment 1218.

12.      On April 20, 2022, at approximately 1:29 p.m., KEITH JONES delivered approximately $344,275 in drug proceeds to THOMPSON.

13.      On April 28, 2022, KEITH JONES attempted to receive a parcel shipped from the Box City store in Marina Del Rey, California to 6160 North Rural Street in Indianapolis.  The parcel contained approximately two kilograms of cocaine.

14.      On May 3, 2022, at the direction of KEITH JONES, IMANI JONES obtained approximately one kilogram of cocaine from the detached garage located at 2877 North Centennial Street.

15.   On May 3, 2022, at the direction of KEITH JONES, IMANI JONES delivered the kilogram of cocaine to RAYNER. The transaction occurred at a parking lot located near 7820 Michigan Road in Indianapolis.

16.   On May 3, 2022, at the direction of KEITH JONES, RAYNER delivered the kilogram of cocaine to BUCHANAN. The transaction occurred at a residence located at 8362 Basswood Drive in Indianapolis.

17.   On May 27, 2022, KEITH JONES delivered approximately two kilograms of cocaine to DAVIS for redistribution. The transaction occurred at a residence located at 4212 Elmhurst Drive in Indianapolis.

18.   On May 27, 2022, RAYNER delivered approximately six pounds of methamphetamine to Theodore Poinsett, Jr., a/k/a Grover, for redistribution. The transaction occurred at a residence located at 5008 Flame Way in Indianapolis.

19.   On May 28, 2022, KEITH JONES delivered approximately one pound of methamphetamine to LADONNA JONES for redistribution.

20.   On May 31, 2022, KEITH JONES delivered approximately one-half kilogram of cocaine to William Starks for redistribution. The transaction occurred at a residence located at 3159 Arbutus Drive in Indianapolis.

21.   On June 1, 2022, KEITH JONES delivered approximately two pounds of methamphetamine to MOORE for redistribution. The transaction occurred at a residence located at 10301 Starhaven Court in Indianapolis.

8

22. On June 6, 2022, KEITH JONES engaged in a FaceTime communication with BACKSTROM and ordered ten pounds of methamphetamine from BACKSTROM.

23. On June 7, 2022, KEITH JONES delivered approximately 180 grams of fentanyl to DEVONISH. The transaction occurred at 6160 North Rural Street, Apartment 1218.

24. On June 7, 2022, KEITH JONES received a parcel at 2877 North Centennial Street that BACKSTROM had shipped to that address. The parcel contained approximately ten pounds of methamphetamine.

25. On June 8, 2022, KEITH JONES delivered approximately four pounds of methamphetamine to YOUNG for redistribution. The transaction occurred at 3705 North Dearborn Street in Indianapolis.

26. On June 10, 2022, KEITH JONES received a parcel at 2877 North Centennial Street that BACKSTROM had shipped to that address. KEITH JONES transported the contents of the parcel to 6160 North Rural Street, Apartment 1218. The parcel contained approximately twenty pounds of methamphetamine.

27. On June 10, 2022, KEITH JONES unloaded the twenty pounds of methamphetamine at 6160 North Rural Street, Apartment 1218. KEITH JONES weighed the methamphetamine and repackaged it for distribution at 6160 North Rural Street, Apartment 1218.

28. On June 10, 2022, at KEITH JONES' direction, IMANI JONES shipped a parcel containing drug proceeds from the FedEx store located at

9

1056 Broad Ripple Avenue in Indianapolis to BACKSTROM at View Park Films, 333 Washington Blvd., #472, Marina Del Rey, California.

29.     On June 10, 2022, KEITH JONES delivered approximately two pounds of methamphetamine to MILES for redistribution.  The transaction occurred at 6160 North Rural Street, Apartment 1218.

30.     On June 14, 2022, KEITH JONES delivered approximately two kilograms of cocaine to LADONNA JONES for redistribution.  The transaction occurred at 4309 Ansar Court in Indianapolis.

31.     On June 16, 2022, KEITH JONES and DEVONISH engaged in a FaceTime conversation with BACKSTROM, during which they ordered 100 pounds of methamphetamine from BACKSTROM.

32.     On June 17, 2022, DEVONISH received approximately 250 grams of cocaine.  The transaction occurred at 6160 North Rural Street, Apartment 1218.  The transaction was arranged through a telephone conversation between DEVONISH and KEITH JONES.  Juvenile #1 facilitated the transaction between KEITH JONES and DEVONISH.

33.     On June 17, 2022, KEITH JONES directed Juvenile #1 to admit MILES into 6160 North Rural Street, Apartment 1218.  While inside the apartment, MILES paid KEITH JONES approximately $19,500 for previously fronted controlled substances.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

### [Continuing Criminal Enterprise – 21 U.S.C. §§ 848(a), (b)]

The Grand Jury further charges that:

From on or about June 25, 2021 through July 6, 2022, in the Southern District of Indiana, Indianapolis Division, and elsewhere, KEITH J. JONES, a/k/a Keybo, did knowingly, intentionally, and unlawfully engage in a continuing criminal enterprise, in that the defendant knowingly, intentionally, and unlawfully violated Title 21, United States Code, Sections 841(a)(1), 843(b), and 846, which violations were part of a continuing series of violations of the Controlled Substances Act, Title 21, United States Code, Section 801, *et seq.*, that involved at least ten kilograms of a mixture or substance containing a detectable amount of methamphetamine, were undertaken by the defendant in concert with at least five other persons with respect to whom the defendant occupied a position of management, from which the defendant obtained substantial income and resources, and that the defendant was a principal leader of the enterprise.

The continuing series of violations committed by KEITH JONES include, but are not limited to, the following felony violations of the Controlled Substances Act:

1.     On June 25, 2021, KEITH JONES attempted to receive a parcel shipped from the Save on Boxes store in Burbank, California to a residence located at 5155 Brendonshire Court in Indianapolis.  The parcel contained approximately two and one-half pounds of fentanyl.

11

2.      On July 14, 2021, KEITH JONES attempted to receive a parcel shipped from the Save on Boxes store in Burbank, California to a residence located at 5159 Brendonshire Court in Indianapolis.  The parcel contained approximately three kilograms of cocaine.

3.      On September 24, 2021, KEITH JONES received a parcel shipped from the Save on Boxes store in Los Angeles, California to the Lola Doll Boutique, a business operated by RAYNER and located at 6214 Morenci Trail, Suite 240, in Indianapolis.   The parcel contained approximately fifteen pounds of methamphetamine.

4.      On October 29, 2021, KEITH JONES attempted to receive a parcel shipped from the Box City store in Marina Del Rey, California to a residence located at 6160 North Rural Street in Indianapolis.  The parcel contained approximately fifteen pounds of methamphetamine.

5.      On December 14, 2021, KEITH JONES and RAYNER attempted to receive a parcel shipped from the Box City store located in Marina Del Rey, California to a residence located at 3190 River Villa Way in Indianapolis.  The parcel contained approximately two kilograms of cocaine.

6.      On January 10, 2022, at the direction of KEITH JONES, WASHINGTON received a parcel shipped from the Box City store in Marina Del Rey, California at her place of employment, Bailey Park of Brownsburg, 7774 Bedford Court, Brownsburg, Indiana.  The parcel originally contained approximately twenty-five pounds of methamphetamine.

12

7.     On April 15, 2022, KEITH JONES delivered approximately eleven ounces of cocaine to O'HARA in the parking lot near the Target store located at 6101 North Keystone Avenue in Indianapolis.

8.     On April 19, 2022, KEITH JONES delivered approximately seventeen ounces of cocaine to Nicholas Ray at a residence located at 1940 West Mayfair Drive in Indianapolis.

9.     On April 20, 2022, at approximately 12:34 p.m., KEITH JONES received a large white box containing cocaine to KEITH JONES from THOMPSON in the parking lot of a strip mall located at 6060 East 46th Street in Indianapolis.

10.     On April 20, 2022, at approximately 1:29 p.m., KEITH JONES delivered approximately $344,275 in drug proceeds to THOMPSON.

11.     On April 28, 2022, KEITH JONES attempted to receive a parcel shipped from the Box City store in Marina Del Rey, California to 6160 North Rural Street in Indianapolis.  The parcel contained approximately two kilograms of cocaine.

12.     On May 3, 2022, at the direction of KEITH JONES, IMANI JONES obtained approximately one kilogram of cocaine from the detached garage located at 2877 North Centennial Street.

13.     On May 3, 2022, at the direction of KEITH JONES, IMANI JONES delivered the kilogram of cocaine to RAYNER.  The transaction occurred at a parking lot located near 7820 Michigan Road in Indianapolis.

14.     On May 3, 2022, at the direction of KEITH JONES, RAYNER delivered the kilogram of cocaine to BUCHANAN. The transaction occurred at a residence located at 8362 Basswood Drive in Indianapolis.

15.     On May 27, 2022, KEITH JONES delivered approximately two kilograms of cocaine to DAVIS for redistribution. The transaction occurred at a residence located at 4212 Elmhurst Drive in Indianapolis.

16.     On May 28, 2022, KEITH JONES delivered approximately one pound of methamphetamine to LADONNA JONES for redistribution.

17.     On May 31, 2022, KEITH JONES delivered approximately one-half kilogram of cocaine to William Starks for redistribution. The transaction occurred at a residence located at 3159 Arbutus Drive in Indianapolis.

18.     On June 1, 2022, KEITH JONES delivered approximately two pounds of methamphetamine to MOORE for redistribution. The transaction occurred at a residence located at 10301 Starhaven Court in Indianapolis.

19.     On June 7, 2022, KEITH JONES delivered approximately 180 grams of fentanyl to DEVONISH. The transaction occurred at 6160 North Rural Street, Apartment 1218.

20.     On June 7, 2022, KEITH JONES received a parcel at 2877 North Centennial Street that BACKSTROM had shipped to that address. The parcel contained approximately ten pounds of methamphetamine.

21.     On June 10, 2022, KEITH JONES received a parcel at 2877 North Centennial Street that BACKSTROM had shipped to that address. KEITH JONES transported the contents of the parcel to 6160 North Rural Street,

14

Apartment 1218.  The parcel contained approximately eighteen pounds of methamphetamine.

22.     On June 10, 2022, KEITH JONES delivered approximately two pounds of methamphetamine to MILES for redistribution.  The transaction occurred at 6160 North Rural Street, Apartment 1218.

23.     On June 11, 2022, KEITH JONES delivered approximately ten pounds of methamphetamine to YOUNG for redistribution.  The transaction occurred at 3705 North Dearborn Street in Indianapolis.

24.     On June 16, 2022, KEITH JONES and DEVONISH engaged in a FaceTime conversation with BACKSTROM, during which they ordered 100 pounds of methamphetamine from BACKSTROM.

25.     On June 17, 2022, DEVONISH received approximately 250 grams of cocaine.  The transaction occurred at 6160 North Rural Street, Apartment 1218.  The transaction was arranged through a telephone conversation between DEVONISH and KEITH JONES.  Juvenile #1 facilitated the transaction between KEITH JONES and DEVONISH.

All in violation of Title 21, United States Code, Sections 848(a) and (b).

## COUNT THREE

### [Conspiracy to Launder Monetary Instruments – 18 U.S.C. § 1956(h)]

The Grand Jury further charges that:

From on or about June 25, 2021 through July 6, 2022, in the Southern District of Indiana, Indianapolis Division, and elsewhere, KEITH J. JONES, a/k/a Keybo, KEVIN M. BACKSTROM, JAMIE L. RAYNER, and IMANI Y. JONES, did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to knowingly conduct financial transactions affecting interstate commerce, which involved the proceeds of a specified unlawful activity, that is the distribution of controlled substances, knowing that the transaction was designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, and that while conducting such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

### MANNER AND MEANS

The charged conspiracy operated in the following manner:

1.     KEITH J. JONES, a/k/a Keybo ("KEITH JONES"), a resident of Indianapolis, Indiana, collected United States currency that constituted the proceeds from the sale of controlled substances that KEVIN M. BACKSTROM ("BACKSTROM") had fronted to him.

16

2.     KEITH JONES recruited and directed other individuals to mail parcels containing the drug proceeds to BACKSTROM, and identify themselves as the sender of the parcels, to conceal and disguise the fact that KEITH JONES was actually the source of the drug proceeds.

3.     KEITH JONES and BACKSTROM agreed that KEITH JONES would have the parcels mailed to either the "View Park Films" or "Park View Films" business to conceal and disguise the fact that the United States currency constituted drug proceeds shipped to BACKSTROM, instead implying that the United States currency was shipped in furtherance of a legitimate business activity to an actual business.

4.     JAMIE L. RAYNER ("RAYNER") and IMANI Y. JONES ("IMANI JONES") shipped drug proceeds to BACKSTROM at KEITH JONES' direction.

**OVERT ACTS**

In furtherance of the conspiracy and to accomplish the object of the conspiracy, that is to launder monetary instruments, the members of the conspiracy did commit, among others, the following overt acts:

1.     On May 12, 2022, RAYNER shipped a parcel containing drug proceeds from a UPS store in Indianapolis to BACKSTROM at Park View Films, 333 Washington Blvd., #472, Marina Del Rey, California.

2.     On June 10, 2022, at the direction of KEITH JONES, IMANI JONES shipped a parcel containing drug proceeds from the FedEx store located at 1056 Broad Ripple Avenue in Indianapolis to BACKSTROM at View Park Films, 333 Washington Blvd., #472, Marina Del Rey, California

17

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT FOUR

### [Maintaining a Drug-Involved Premises – 21 U.S.C. § 856(a)(2)]

The Grand Jury further charges that:

From on or about April 15, 2022 through July 6, 2022, within the Southern District of Indiana, Indianapolis Division, KATRINA J. GREEN did manage or control a place and knowingly and intentionally make the place available for use for the purpose of unlawfully storing a controlled substance; to-wit, GREEN controlled a detached garage located at 2877 North Centennial Street in Indianapolis, Indiana and made the detached garage available for Keith J. Jones, a/k/a Keybo, to unlawfully store controlled substances.

All in violation of Title 21, United States Code, Section 856(a)(2).

## COUNT FIVE

### [Unlawful Use of Communication Facility – 21 U.S.C. § 843(b)]

The Grand Jury further charges that:

On or about March 15, 2022, within the Southern District of Indiana, Indianapolis Division, FREDERICK GARNER, did knowingly and intentionally use a communication facility in facilitating the commission of an act constituting a felony under the Controlled Substances Act; to-wit, GARNER communicated with Keith J. Jones, a/k/a Keybo and ordered two pounds of

methamphetamine for distribution, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

## COUNT SIX

### [Possession of Cocaine Hydrochloride With Intent to Distribute – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about April 19, 2022, within the Southern District of Indiana, Indianapolis Division, NICHOLAS RAY did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II, Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

### [Possession of Methamphetamine With Intent to Distribute – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about May 27, 2022, within the Southern District of Indiana, Indianapolis Division, THEODORE POINSETT, JR., a/k/a Grover, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

19

## COUNT EIGHT

## [Possession of Cocaine Hydrochloride With Intent to Distribute – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about May 31, 2022, within the Southern District of Indiana, Indianapolis Division, WILLIAM STARKS did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II, Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATIONS

1.      The allegations in Counts One through Eight of this Indictment are realleged as if fully set forth here, for the purpose of giving the defendants notice of the United States' intent to seek forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2.      If convicted of the offenses set forth in Counts One through Eight of this Indictment, KEVIN M. BACKSTROM, JAMIE L. RAYNER, IMANI Y. JONES, TAMEKA L. WASHINGTON, JOHN DOE, MARK K. THOMPSON, JERRY L. BIBBS, EMMANUEL D. O'HARA, DANYALE D. BUCHANAN, CHARLES DAVIS, LADONNA JONES, ANTHONY MOORE, MARCUS N. MILES, a/k/a Old Hat, STEVE L. YOUNG, a/k/a Friday, SEAN DEVONISH KATRINA J. GREEN, FREDERICK GARNER, NICHOLAS RAY, THEODORE POINSETT, JR., a/k/a Grover, and WILLIAM STARKS shall forfeit to the United States any and all

property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the offenses of which he or she is convicted, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses of which he or she is convicted.

3. If convicted of the offenses set forth in Counts One through Eight of this Indictment, KEVIN M. BACKSTROM, JAMIE L. RAYNER, IMANI Y. JONES, TAMEKA L. WASHINGTON, JOHN DOE, MARK K. THOMPSON, JERRY L. BIBBS, EMMANUEL D. O'HARA, DANYALE D. BUCHANAN, CHARLES DAVIS, LADONNA JONES, ANTHONY MOORE, MARCUS N. MILES, a/k/a Old Hat, STEVE L. YOUNG, a/k/a Friday, SEAN DEVONISH, KATRINA J. GREEN, FREDERICK GARNER, NICHOLAS RAY, THEODORE POINSETT, JR., a/k/a Grover, and WILLIAM STARKS shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any of the offenses of which he or she is convicted.

A TRUE BILL:

FOREPERSON

ZACHARY A. MYERS
United States Attorney

By:

Bradley A. Blackington
Assistant United States Attorney
mpb

21